IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HOWARD COHAN | Case No. 20-cv-11220 |
| | Hon. Robert H. Cleland |
| Plaintiff, | |
| v. | |
| KING OF TROY, INC., a Michigan corporation, | |
| Defendant. | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS

This matter having come before the Court on the stipulation of the Parties, the Court having reviewed same and otherwise being duly advised on the premise, **IT IS HEREBY ORDERED** that this case be and is hereby DISMISSED with prejudice and without fees or costs. This is a final order that resolves all pending claims and closes the case. **IT IS SO ORDERED.**

Dated this 20th day of January, 2021.

<u>s/Robert H. Cleland</u>
**Hon. Robert H. Cleland**

**Approved As To Form and Substance By:**

| | |
|---|---|
| By: <u>/s/ *Angela C. Spears* (w/ consent)</u> | By: <u>/s/ *Tiffany A. Buckley-Norwood*</u> |
| BLACKMORE LAW PLC | JACKSON LEWIS P.C. |
| Angela C. Spears (P82653) | Tiffany A. Buckley-Norwood (P69807) |
| Attorney for Plaintiff | Attorneys for Defendants |
| 21411 Civic Center Drive, Suite 200 | 2000 Town Center, Suite 1650 |
| Southfield, MI 48076 | Southfield, MI 48075 |
| (248)845-8594 | tiffany.buckley@jacksonlewis.com |
| aspears@blackmore.law | franceska.edinger@jacksonlewis.com |
| Dated: 1/20/2021 | Dated: 1/20/2021 |

4837-5420-8216